DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JULIAN BROOK DESANTIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2328

[March 21, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glen Kelley, Judge; L.T. Case No. 502014CF008876A.

Gregory Salnick of Law Offices of Salnick & Fuchs, P.A., West Palm Beach, for appellant.

Ashley B. Moody, Attorney General, Tallahassee, and Melynda Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***